THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES WILLIAMS, Appellant. [953 NYS2d 536]—Appeal from a judgment of the Erie County Court (Thomas P. Franczyk, J.), rendered January 5, 2011. The judgment convicted defendant, upon a nonjury verdict, of attempted arson in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon a nonjury verdict of attempted arson in the second degree (Penal Law §§ 110.00, 150.15). Contrary to defendant's contention, viewing the evidence in the light most favorable to the People (*see People v Contes*, 60 NY2d 620, 621 [1983]), we conclude that the evidence is legally sufficient to support the conviction (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). Furthermore, viewing the evidence in light of the elements of the crime in this nonjury trial (*see People v Danielson*, 9 NY3d 342, 349 [2007]), we conclude that the verdict is not against the weight of the evidence (*see generally Bleakley*, 69 NY2d at 495).

Finally, defendant contends that County Court erred in sentencing him as a second felony offender based upon a prior conviction in the State of South Carolina. By consenting to the use of that conviction as a predicate for sentencing enhancement purposes, defendant waived his right to appellate review of his contention (*see generally People v Walker*, 96 AD3d 1481, 1482 [2012]; *People v Hicks*, 12 AD3d 1044, 1045 [2004], *lv denied* 4 NY3d 799 [2005]). Present—Smith, J.P., Fahey, Sconiers, Valentino and Whalen, JJ.